IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-313-DCK

| | | |
|---|---|---|
| **HELGA AGATHE LONG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Substitute The United States Of America" (Document No. 5) filed October 20, 2010. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition. Having carefully considered the motion, for good cause shown and noting Plaintiff has failed to file a timely response, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Substitute The United States Of America" (Document No. 5) is **GRANTED**.

Signed: November 12, 2010

David C. Keesler
United States Magistrate Judge